CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Ronald E. Stadtmueller, #140720
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131
(858) 564-9310
ronstadtmueller@aol.com

Order Entered on
November 20, 2018
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325, West "F" Street, San Diego, California 92101-6991

In Re:

JULIE R. ASPIRAS

Debtor.

BANKRUPTCY NO. 15-07651-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Christopher B. Latham

**ORDER ON**

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION**

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits,

if any, for a total of 2 pages. Motion/Application Docket Entry No._397___

//

//

//

//

//

//

//

DATED:     November 20, 2018

Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]
ORDER ON NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION
DEBTOR: JULIE R. ASPIRAS                                      CASE NO: 15-07651-CL7

The Notice of Trustee's Final Report and Application for Compensation, filed by Ronald E. Stadtmueller with the above entitled

Court on October 17, 2018; and subsequently served upon the debtor, creditors and parties in interest more than twenty-one (21)

days have elapsed since said service; no request for hearing nor objection to said Notice has been filed with the Court or

received by Trustee.


IT IS HEREBY ORDERED as follows:


The Trustee shall distribute the funds in the estate as set forth in the Notice of Trustee's Final Report and Application for

Compensation.


IT IS SO ORDERED

Signed by Judge Christopher B. Latham November 20, 2018

United States Bankruptcy Court
Southern District of California

In re:
Julie R. Aspiras
       Debtor

Case No. 15-07651-CL
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0974-3        User: Admin.        Page 1 of 1        Date Rcvd: Nov 20, 2018
                     Form ID: pdfO1      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
```
db            +Julie R. Aspiras,   1744 Aryana Drive,   Encinitas, CA 92024-1282
intp          +Alison McGill,   429 Parkwoood,   Encinitas, CA 92024-1535
cr            +Andrew Piretti,   Polo Properties,   3129 Tiger Run Ct., Ste A201,   Carlsbad, CA 92010-6512
cr            +Bank of America, N.A.,   c/o McCarthy & Holthus, LLP,   1770 Fourth Avenue,
               San Diego, CA 92101-2607
intp          +Brian P. Ballo,   120 Vantis, Ste 300,   Aliso Viejo, CA 92656-2677
intp          +Michael McGill,   429 Parkwoood,   Encinitas, CA 92024-1535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: rudolph@sullivanhill.com Nov 21 2018 01:37:03
               Sullivan Hill Lewin Rez  & Engel , APLC,   c/o Gary B. Rudolph, Esq.,
               550 West C Street, Suite 1500,   San Diego, CA 92101-3570
```
                                                TOTAL: 1

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Internal Revenue Service
```
                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
```
              Brian P Ballo    on behalf of Debtor Julie R. Aspiras brian@ballo.law
              David  Ortiz    on behalf of United States Trustee    United States Trustee david.a.ortiz@usdoj.gov,
               USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov;Elizabeth.C.Amorosi@usdoj.gov
              Diane V. Weifenbach    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com,   LAUREN@ATTYLSI.COM
              Gary B. Rudolph    on behalf of Plaintiffs Ronald E. Stadtmueller rudolph@sullivanhill.com,
               hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy
               .com;rudolph@ecf.inforuptcy.com
              Gary B. Rudolph    on behalf of Trustee Ronald E. Stadtmueller rudolph@sullivanhill.com,
               hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy
               .com;rudolph@ecf.inforuptcy.com
              Gary B. Rudolph    on behalf of Attorney    Sullivan Hill Rez & Engel, A Professional Law
               Corporation rudolph@sullivanhill.com,
               hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy
               .com;rudolph@ecf.inforuptcy.com
              Jennifer C. Wong    on behalf of Creditor    Bank of America, N.A. jwong@mccarthyholthus.com,
               jwong@ecf.courtdrive.com
              Megan  Lees    on behalf of Creditor    Wells Fargo Bank, N.A. caecf@tblaw.com,
               MEL@ecf.inforuptcy.com
              Robert  Zahradka    on behalf of Creditor    Wells Fargo Bank, N.A. caecf@tblaw.com
              Ronald E. Stadtmueller    on behalf of Trustee Ronald E. Stadtmueller ecfstadt@aol.com,
               res@trustesolutions.net;ecfstadt@gmail.com
              Ronald E. Stadtmueller    ecfstadt@aol.com,   res@trustesolutions.net;ecfstadt@gmail.com
              Todd S. Garan    on behalf of Creditor    Wells Fargo Bank, N.A. ch11ecf@aldridgepite.com,
               tgaran@aldridgepite.com;TSG@ecf.courtdrive.com
              United States Trustee    ustp.region15@usdoj.gov
```
                                               TOTAL: 13