To:  Russ Reynolds

From:  Ronald E. Stadtmueller, Trustee

Case Name:  JULIE R. ASPIRAS

Case Number:  15-07651-CL7

Date:  April 17, 2019

FILED

2019 APR 17 PM 1:50

CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

UC #234038

# TRANSMITTAL OF UNCLAIMED FUNDS

## IN CHAPTER 7 CASE

It has been more than ninety days after the final distribution under 11 U.S.C. § 726.  I have stopped payment on any check remaining unpaid.  I am paying into the court all unclaimed funds.  Attached are checks for any unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, I am submitting a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. § 347(a).

| **Name and Address of Entity** | **Check Amount** |
|---|---|
| Capital One Bank  (Claim #5)<br>c/o Beckett & Lee LLP<br>PO Box 3001<br>Malvern, PA  19335-0701 | $443.43<br>(includes interest $6.63) |
| Julie R. Aspiras (surplus funds to debtor)<br>1744 Aryanna Drive<br>Encinitas, CA  92024 | $94,582.28 |

