UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:                                            § Case No. 15-07651-CL7
                                                  §
JULIE R. ASPIRAS                                  §
                                                  §
                                                  §
            Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Stadtmueller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $22,300.00 | Assets Exempt: | $174,100.00 |
| Total Distributions to Claimants: | $710.84 | Claims Discharged Without Payment: | $122,850.28 |
| Total Expenses of Administration: | $272,690.64 | | |

3)  Total gross receipts of $423,983.76 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $150,582.28 (see **Exhibit 2),** yielded net receipts of $273,401.48 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,398,237.99 | $280,282.52 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $282,790.64 | $272,790.64 | $272,690.64 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $121,207.55 | $26,660.05 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,649.36 | $9,313.01 | $700.21 | $710.84 |
| **Total Disbursements** | $1,521,094.90 | $599,046.22 | $273,490.85 | $273,401.48 |

4). This case was originally filed under chapter 11 on 11/30/2015. The case was converted to one under Chapter 7 on 03/04/2016. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2019            By:   /s/ Ronald E. Stadtmueller
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1744 Aryana Drive, Encinitas CA 92024 | 1110-000 | $56,000.00 |
| Julie Aspiras Medical Practice | 1129-000 | $320,000.00 |
| Wells Fargo Bank Checking | 1129-000 | $5,000.00 |
| Wells Fargo Bank Savings | 1129-000 | $23,718.76 |
| 2015 State tax refund | 1224-000 | $7,000.00 |
| Sanction to be paid by debtor | 1249-000 | $12,265.00 |
| **TOTAL GROSS RECEIPTS** | | **$423,983.76** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| THE COURT CLERK OF | Surplus Funds | 8200-002 | $94,582.28 |
| Ticor | Funds to Third Parties | 8500-002 | $56,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$150,582.28** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Bank of America, N.A. | 4110-000 | $0.00 | $280,282.52 | $0.00 | $0.00 |
|  | WELLS FARGO BANK, N.A. | 4110-000 | $1,398,237.99 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,398,237.99** | **$280,282.52** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald E. Stadtmueller, Trustee | 2100-000 | NA | $16,920.07 | $16,920.07 | $16,920.07 |
| Ronald E. Stadtmueller, Trustee | 2200-000 | NA | $183.57 | $183.57 | $83.57 |
| International Sureties, LTD | 2300-000 | NA | $115.68 | $115.68 | $115.68 |
| Trustee Insurance | 2420-000 | NA | $17,473.80 | $17,473.80 | $17,473.80 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Agency | | | | | |
| Trustee Insurance Group | 2420-000 | NA | $1,164.92 | $1,164.92 | $1,164.92 |
| Trustee Insurnace Agency | 2420-000 | NA | $1,241.52 | $1,241.52 | $1,241.52 |
| Trustee Insurance Agency | 2420-750 | NA | $1,164.92 | $1,164.92 | $1,164.92 |
| Independent Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Integrity Bank | 2600-000 | NA | $8,274.51 | $8,274.51 | $8,274.51 |
| SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C., Attorney for Trustee | 3210-000 | NA | $212,115.00 | $202,115.00 | $202,115.00 |
| SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C., Attorney for Trustee | 3220-000 | NA | $2,449.35 | $2,449.35 | $2,449.35 |
| R DEAN JOHNSON, Accountant for Trustee | 3410-000 | NA | $5,980.00 | $5,980.00 | $5,980.00 |
| R DEAN JOHNSON, Accountant for Trustee | 3420-000 | NA | $407.30 | $407.30 | $407.30 |
| BONNIE KIPPERMAN, Realtor for Trustee | 3510-000 | NA | $15,300.00 | $15,300.00 | $15,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $282,790.64 | $272,790.64 | $272,690.64 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1A | Internal Revenue Service | 5800-000 | $0.00 | $26,660.05 | $0.00 | $0.00 |
| 3 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | United States Trustee | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $121,207.55 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $121,207.55 | $26,660.05 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1b | Internal Revenue Service | 7100-000 | $0.00 | $8,612.80 | $0.00 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $263.41 | $263.41 | $263.41 |
| 3a | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3A | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Capital One NA | 7100-000 | $0.00 | $436.80 | $436.80 | $443.43 |
| | Capital One Bank (USA), N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $4.00 |
| | Internal Revenue Service | 7100-000 | $1,649.36 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,649.36 | $9,313.01 | $700.21 | $710.84 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-07651-CL7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | Date Filed (f) or Converted (c): | 03/04/2016 (c) |
| For the Period Ending: | 5/6/2019 | §341(a) Meeting Date: | 04/12/2016 |
| | | Claims Bar Date: | 06/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1744 Aryana Drive, Encinitas CA 92024 | $1,800,000.00 | $264,762.01 | OA | $56,000.00 | FA |
| Asset Notes: 1/16/18 order extending employment of realtor entered; docket no. 325 | | | | | |
| 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| 2  Wells Fargo Bank Checking | $14,000.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| docket #124 changed value to $14,000.00 | | | | | |
| 3  Wells Fargo Bank Savings | $16,000.00 | $23,718.76 | | $23,718.76 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| 4  Household Goods and Furnishings | $2,800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| 5  Casual and Work Clothing | $650.00 | $0.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| 6  Julie Aspiras Medical Practice | $425,000.00 | $410,000.00 | OA | $320,000.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| 7  2009 Cadillac Escalade | $16,000.00 | $13,100.00 | OA | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| changed and exempt by amendment docket #124 | | | | | |
| 8  Sanction to be paid by debtor (u) | $0.00 | $12,265.00 | | $12,265.00 | FA |
| 9  2015 State tax refund (u) | $0.00 | $7,000.00 | | $7,000.00 | FA |
| 10  2003 Apple iMac Computer (u) | $250.00 | $0.00 | | $0.00 | FA |
| Asset Notes: added docket #124 | | | | | |
| 11  Costume earrings, semi precious stones, necklace, bracelet (u) | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| added by amendment docket #124 | | | | | |
| 12  Berkshire Term Life Insurance (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| added by amendment docket #124 | | | | | |
| 13  Santa Ynez Tribal Health clinic 401k (u) | $21,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| added by amendment docket #124 | | | | | |
| 14  Julie Aspiras MD Professional Corp Defined Benefit Plan (u) | $15,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| added by amendment docket #124 | | | | | |
| 15  2004 Dodge Ram Pickup Truck - husband's property (u) | $4,500.00 | $4,500.00 | | $0.00 | FA |
| Asset Notes: 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 | | | | | |
| added by amendment docket #124 | | | | | |
| 16  2005 V-Star 1100 Motorcycle - husbands property (u) | $2,700.00 | $2,700.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 15-07651-CL7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | Date Filed (f) or Converted (c): | 03/04/2016 (c) |
| For the Period Ending: | 5/6/2019 | §341(a) Meeting Date: | 04/12/2016 |
| | | Claims Bar Date: | 06/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Asset Notes:** 2/6/17 amendment filed changing to 704 exemptions; docket no. 170 added by amendment docket #124 | | | | | |
| **Ref. #** | | | | | |
| 17  1995 Sleeptwood Coronado Trailer  (u) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| **Asset Notes:** Husbands Property | | | | | |

**TOTALS (Excluding unknown value)**  
$2,322,400.00   $745,045.77   **Gross Value of Remaining Assets**  $423,983.76   $0.00

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/17/2019 | unclaimed funds to court |
| 03/05/2019 | wrote to debtors counsel re unclaimed funds |
| 11/20/2018 | final distribution checks cut |
| 10/17/2018 | TFR filed by UST, NFR filed |
| 10/02/2018 | UST claim amended to zero, new TFR NFR uploaded |
| 08/22/2018 | gave notice of cancellation of insurance |
| 08/22/2018 | uploaded TFR/NFR filed final fee app |
| 05/08/2018 | mailed insurance for May 2018 |
| 04/02/2018 | pay insurance for 4/2018 |
| 03/30/2018 | TRUSTEE SELLING REAL PROPERTY, NEGOTIATING WITH DEBTOR'S COUNSEL RE: RESOLUTION OF REMAINING ASSETS. OBTAINED HEARING DATE FOR INTERIM FEE APPLICATIONS FOR MAY 21, 2018 |
| 03/25/2018 | UPDATED ETFR DATE |
| 01/16/2018 | RE Broker employment extended til 7/14/18 |
| 01/15/2018 | filed ex parte motion to extend employment of RE Broker |
| 12/06/2017 | paid insurance |
| 06/10/2017 | Opening brief filed in BK Court, even though Appeal was filed in district Court |
| 05/11/2017 | updated debtors attorney - substitution order entered |
| 04/19/2017 | Debtor filed Notice of Appeal re sale order, Adv. granted i.e. kick out of occupants |
| 02/27/2017 | deposited McGill deposit of $56k and delivered to escrow |
| 01/24/2017 | OSC heard 1-23-17 |
| 12/16/2016 | email to debtors counsel re NSF check. |
| 11/29/2016 | payment of first interim fees to Sullivan Hill |
| 08/30/2016 | Motion to Compel hearing set for 9/12/16 |
| 08/30/2016 | Attempting to sell property |
| 03/28/2016 | Investigating non-exempt equity medical practice and real property. Received funds from bank. |

Initial Projected Date Of Final Report (TFR):   12/31/2019  
Current Projected Date Of Final Report (TFR):  12/31/2019

/s/ RONALD E. STADTMUELLER  
RONALD E. STADTMUELLER

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-07651-CL7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/30/2015 | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 5/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | | Wells Fargo Bank | turnover of funds | * | $28,718.76 | | $28,718.76 |
| | {2} | | $5,000.00 | 1129-000 | | | $28,718.76 |
| | {3} | | $23,718.76 | 1129-000 | | | $28,718.76 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.92 | $28,697.84 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.79 | $28,653.05 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $46.21 | $28,606.84 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.65 | $28,562.19 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $46.07 | $28,516.12 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $45.99 | $28,470.13 |
| 09/23/2016 | (8) | Julie Aspiras | fees as sanctions per court order | 1249-000 | $8,000.00 | | $36,470.13 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $46.10 | $36,424.03 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $58.75 | $36,365.28 |
| 11/02/2016 | 3001 | International Sureties, LTD | Bond Payment | 2300-000 | | $14.77 | $36,350.51 |
| 11/29/2016 | 3002 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | first interim application #113 | 3210-000 | | $28,571.00 | $7,779.51 |
| 11/29/2016 | 3003 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | first interim application #113 | 3220-000 | | $138.94 | $7,640.57 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $56.75 | $7,583.82 |
| 12/12/2016 | (8) | Julie Aspiras | sanction paid by debtor | 1249-000 | $4,246.00 | | $11,829.82 |
| 12/20/2016 | (8) | DEP REVERSE: Julie Aspiras | sanction paid by debtor | 1249-000 | ($4,246.00) | | $7,583.82 |
| 12/24/2016 | (8) | Julie Aspiras, MD | replacement check | 1249-000 | $4,265.00 | | $11,848.82 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.83 | $11,833.99 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $19.09 | $11,814.90 |
| 02/14/2017 | (9) | State of California | debtors 2015 tax refund | 1224-000 | $7,000.00 | | $18,814.90 |
| 02/16/2017 | (6) | Julie Aspiras | from debtor | 1129-000 | $106,000.00 | | $124,814.90 |
| 02/16/2017 | (6) | Julie Aspiras | from debtor | 1129-000 | $25,000.00 | | $149,814.90 |
| 02/24/2017 | (1) | Michael McGill | down payment on house | 1110-000 | $56,000.00 | | $205,814.90 |
| 02/24/2017 | (6) | Julie Aspiras | payment from debtor | 1129-000 | $19,000.00 | | $224,814.90 |

SUBTOTALS    $272,983.76    $29,168.86

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-07651-CL7 | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/30/2015 | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 5/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2017 | (6) | Julie Aspiras | payment from debtor | 1129-000 | $70,000.00 | | $294,814.90 |
| 02/27/2017 | 3004 | Ticor | deposit for Michael and Julie McGill | 8500-002 | | $56,000.00 | $238,814.90 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $79.29 | $238,735.61 |
| 03/01/2017 | (6) | Julie Aspiras | payment from debtor | 1129-000 | $100,000.00 | | $338,735.61 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $548.69 | $338,186.92 |
| 04/24/2017 | 3005 | Trustee Insurance Agency | property insurance | 2420-000 | | $1,164.92 | $337,022.00 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $527.87 | $336,494.13 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $499.88 | $335,994.25 |
| 06/06/2017 | 3006 | Trustee Insurance Agency | property insurance | 2420-000 | | $1,164.92 | $334,829.33 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $482.03 | $334,347.30 |
| 06/30/2017 | 3007 | Trustee Insurance Agency | property insurance 1744 Aryana Dr, Enciniats, CA | 2420-750 | | $1,164.92 | $333,182.38 |
| 07/30/2017 | 3008 | Trustee Insurance Agency | 1744 Aryana Dr., Encinitas CA Inv#8917 | 2420-000 | | $1,164.92 | $332,017.46 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $495.29 | $331,522.17 |
| 08/15/2017 | 3009 | Trustee Insurnace Agency | property insurance | 2420-000 | | $1,241.52 | $330,280.65 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $492.82 | $329,787.83 |
| 09/01/2017 | 3010 | Trustee Insurance Agency | Sept 2017 Insurance | 2420-000 | | $1,164.92 | $328,622.91 |
| 09/27/2017 | 3011 | Trustee Insurance Agency | 1744 Aryana Dr., Encinitas, CA | 2420-000 | | $1,164.92 | $327,457.99 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $472.82 | $326,985.17 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $485.91 | $326,499.26 |
| 11/01/2017 | 3012 | Trustee Insurance Agency | Nov. 2017 property insurance | 2420-000 | | $1,164.92 | $325,334.34 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $468.09 | $324,866.25 |
| 12/01/2017 | 3013 | International Sureties, LTD | Bond Payment | 2300-000 | | $100.91 | $324,765.34 |
| 12/06/2017 | 3014 | Trustee Insurance Agency | 1744 Aryana Dr, Encinitas | 2420-000 | | $1,164.92 | $323,600.42 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $481.36 | $323,119.06 |
| 01/05/2018 | 3015 | Trustee Insurance Agency | 1744 Aryana Dr | 2420-000 | | $1,164.92 | $321,954.14 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $479.11 | $321,475.03 |
| 01/31/2018 | 3016 | Trustee Insurance Agency | 1744 Aryana Dr, Encinitas, CA | 2420-000 | | $1,164.92 | $320,310.11 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $430.17 | $319,879.94 |
| | | | SUBTOTALS | | $170,000.00 | $75,365.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07651-CL7 | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2015 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 5/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2018 | 3017 | Trustee Insurance Agency | 1744 Aryana Dr. Encinitas | 2420-000 | | $1,164.92 | $318,715.02 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $474.13 | $318,240.89 |
| 04/02/2018 | 3018 | Trustee Insurance Agency | 1744 Aryana Dr. Encinitas, CA | 2420-000 | | $1,164.92 | $317,075.97 |
| 04/07/2018 | (1) | DEP REVERSE: Michael McGill | down payment on house | 1110-000 | ($56,000.00) | | $261,075.97 |
| 04/13/2018 | (1) | Michael McGill | down payment on house | 1110-000 | $56,000.00 | | $317,075.97 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $456.28 | $316,619.69 |
| 05/08/2018 | 3019 | Trustee Insurance Group | May 2018 insurance | 2420-000 | | $1,164.92 | $315,454.77 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $469.40 | $314,985.37 |
| 05/31/2018 | 3020 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | interim fee award #341 | 3210-000 | | $155,021.50 | $159,963.87 |
| 05/31/2018 | 3021 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | interim cost award #341 | 3220-000 | | $2,120.41 | $157,843.46 |
| 05/31/2018 | 3022 | Ronald E. Stadtmueller | interim fee award #341 | 2100-000 | | $15,198.01 | $142,645.45 |
| 05/31/2018 | 3023 | Ronald E. Stadtmueller | interim cost award #341 | 2200-000 | | $64.57 | $142,580.88 |
| 06/01/2018 | 3024 | Trustee Insurance Agency | June 2018 insurance 1744 Aryana Dr, Encinitas CA | 2420-000 | | $1,164.92 | $141,415.96 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $278.45 | $141,137.51 |
| 07/03/2018 | 3025 | Trustee Insurance Agency | 1744 Aryana Dr., Encinitas, CA ASPIRAS 15-07651 | 2420-000 | | $1,164.92 | $139,972.59 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $208.77 | $139,763.82 |
| 08/02/2018 | 3026 | Trustee Insurance Agency | insurance 1744 Aryana Dr, Encinitas CA | 2420-000 | | $1,164.92 | $138,598.90 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $33.49 | $138,565.41 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($33.49) | $138,598.90 |
| 08/16/2018 | 3027 | BONNIE KIPPERMAN | per court order #353 | 3510-000 | | $15,300.00 | $123,298.90 |
| 08/22/2018 | 3028 | Trustee Insurance Agency | cancellation date 9-30-18 1744 Aryana Dr., Encinitas, CA | 2420-000 | | $1,164.92 | $122,133.98 |
| 09/26/2018 | 3029 | R DEAN JOHNSON | fees per order #392 | 3410-000 | | $5,980.00 | $116,153.98 |
| 09/26/2018 | 3030 | R DEAN JOHNSON | costs per order #392 | 3420-000 | | $407.30 | $115,746.68 |
| 09/26/2018 | 3031 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | fees per order #392 | 3210-000 | | $17,552.50 | $98,194.18 |

| | | | SUBTOTALS | | $0.00 | $239,238.26 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07651-CL7 | | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/30/2015 | | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 5/6/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2018 | 3031 | VOID: SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | | 3210-003 | | ($17,552.50) | $115,746.68 |
| 09/26/2018 | 3032 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | costs per order #392 | 3220-000 | | $190.00 | $115,556.68 |
| 09/26/2018 | 3033 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | fees per order #392 | 3210-000 | | $17,522.50 | $98,034.18 |
| 11/20/2018 | 3034 | Ronald E. Stadtmueller | final costs per order #387 | 2200-000 | | $19.00 | $98,015.18 |
| 11/20/2018 | 3035 | Ronald E. Stadtmueller | Trustee Compensation | 2100-000 | | $1,722.06 | $96,293.12 |
| 11/20/2018 | 3036 | SULLIVAN HILL LEWIN REZ & ENGEL, A.P.L.C. | Account Number: ; Claim #: ; Dividend: 1.02; Distribution Dividend: 100.00; Amount Allowed: 18,522.50; Amount Claimed: 28,522.50; | 3210-000 | | $1,000.00 | $95,293.12 |
| 11/20/2018 | 3037 | JULIE R. ASPIRAS | Account Number: ; Claim #: ; Dividend: 96.49; Distribution Dividend: 100.00; Amount Allowed: 94,582.28; Amount Claimed: 94,582.28; | 8200-002 | | $94,582.28 | $710.84 |
| 11/20/2018 | 3038 | Capital One Bank (USA), N.A. | Account Number: ; Claim #: 2; Dividend: 0.27; Distribution Dividend: 100.00; Amount Allowed: 263.41; Amount Claimed: 263.41; | * | | $267.41 | $443.43 |
| | | | Claim Amount                    $(263.41) | 7100-000 | | | $443.43 |
| | | | Interest                          $(4.00) | 7990-000 | | | $443.43 |
| 11/20/2018 | 3039 | Capital One NA | Account Number: ; Claim #: 5; Dividend: 0.45; Distribution Dividend: 100.00; Amount Allowed: 436.80; Amount Claimed: 436.80; | * | | $443.43 | $0.00 |
| | | | Claim Amount                    $(436.80) | 7100-000 | | | $0.00 |
| | | | Interest                          $(6.63) | 7990-000 | | | $0.00 |
| 04/17/2019 | 3039 | STOP PAYMENT: Capital One NA | Account Number: ; Claim #: 5; Dividend: 0.45; Distribution Dividend: 100.00; Amount Allowed: 436.80; Amount Claimed: 436.80; | * | | ($443.43) | $443.43 |
| | | | Claim Amount                     $436.80 | 7100-004 | | | $443.43 |
| | | | Interest                           $6.63 | 7990-004 | | | $443.43 |

| | | | SUBTOTALS | | $0.00 | $97,307.32 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07651-CL7 | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2015 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 5/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2019 | 3037 | STOP PAYMENT: JULIE R. ASPIRAS | Account Number: ; Claim #: ; Dividend: 96.49; Distribution Dividend: 100.00; Amount Allowed: 94,582.28; Amount Claimed: 94,582.28; | 8200-004 | | ($94,582.28) | $95,025.71 |
| 04/17/2019 | 3040 | THE COURT CLERK OF | unclaimed funds - claim #5 Capital One Bank | 7100-000 | | $443.43 | $94,582.28 |
| 04/17/2019 | 3041 | THE COURT CLERK OF | unclaimed funds of debtor | 8200-002 | | $94,582.28 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $423,983.76 | $423,983.76 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $423,983.76 | $423,983.76 | |
| **Less: Payments to debtors** | $0.00 | $94,582.28 | |
| **Net** | $423,983.76 | $329,401.48 | |

**For the period of 11/30/2015 to 5/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $423,983.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $423,983.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $178,819.20 |
| Total Non-Compensable Disbursements: | $245,164.56 |
| Total Comp/Non Comp Disbursements: | $423,983.76 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2016 to 5/6/2019**

| | |
|---|---|
| Total Compensable Receipts: | $423,983.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $423,983.76 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $178,819.20 |
| Total Non-Compensable Disbursements: | $245,164.56 |
| Total Comp/Non Comp Disbursements: | $423,983.76 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 6                  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-07651-CL7 | | Trustee Name: | Ronald E. Stadtmueller |
|---|---|---|---|---|
| Case Name: | ASPIRAS, JULIE R. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2015 | | Blanket bond (per case limit): | $6,000,000.00 |
| For Period Ending: | 5/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $423,983.76 | $423,983.76 | $0.00 |

| For the period of 11/30/2015 to 5/6/2019 | | For the entire history of the case between 03/04/2016 to 5/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $423,983.76 | Total Compensable Receipts: | $423,983.76 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $423,983.76 | Total Comp/Non Comp Receipts: | $423,983.76 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $178,819.20 | Total Compensable Disbursements: | $178,819.20 |
| Total Non-Compensable Disbursements: | $245,164.56 | Total Non-Compensable Disbursements: | $245,164.56 |
| Total Comp/Non Comp Disbursements: | $423,983.76 | Total Comp/Non Comp Disbursements: | $423,983.76 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. STADTMUELLER

RONALD E. STADTMUELLER